1  TRISH M. HIGGINS (STATE BAR NO. 119215)
thiggins@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
3  Sacramento, CA  95814-4497
Telephone:     (916) 447-9200
4  Facsimile:     (916) 329-4900

5  SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
schariyasatit@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7  Menlo Park, CA  94025
Telephone:     (650) 614-7400
8  Facsimile:     (650) 614-7401

9  Attorneys for Defendant
MORGAN STANLEY SMITH BARNEY LLC
10

11  PETER SEAN BRADLEY, ESQ. (STATE BAR NO. 109258)
PENNER, BRADLEY & SIMONIAN
12  1171 West Shaw Avenue, Suite 102
Fresno, CA 93711
13  Telephone:     (559) 221-2100
Facsimile:     (559) 221-2101
14

Attorney for Plaintiff
15  CLARENCE REITH PATTERSON, JR.

16

17              UNITED STATES DISTRICT COURT

18       EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

19

20  CLARENCE REITH PATTERSON, JR.,          Case No.  1:10-cv-02084-LJO-SMS

21                 Plaintiff,               **JOINT STIPULATION AND ORDER
                                            REGARDING DEADLINES FOR
22        v.                                EXPERT DISCLOSURES**

23  Morgan Stanley Smith Barney, LLC
and Does 1 through 10, inclusive,
24

25                 Defendants.

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Clarence Reith Patterson, Jr. and Defendant Morgan Stanley Smith Barney, LLC (collectively "the Parties") stipulate as follows:

WHEREAS, the Scheduling Conference Order dated February 16, 2011 set the deadline for the disclosure of expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2), (A) and (B), for September 1, 2011;

WHEREAS, the trial is not set to start until May 29, 2012;

WHEREAS, the Parties agree, considering the schedules of the Parties, including trial schedules, that there is insufficient time for the Parties to complete expert reports or expert discovery before the discovery cutoff;

WHEREAS, the Parties have not sought any previous scheduling changes in this matter;

WHEREAS, the Parties' stipulation would not affect the Dispositive Motion Filing Deadline, the Settlement Conference Date, Pre-Trial Conference Date, or the Trial Date scheduled for May 29, 2012 set by the Court;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1.      the last day for disclosure of experts and expert reports shall be continued from September 1, 2011 to December 1, 2011;

2.      the last day for disclosure of supplemental experts and supplemental reports shall be continued from September 15, 2011 to December 15, 2011; and

///

///

///

3.     the close of discovery of expert witnesses shall be continued from November 1, 2011 to January 1, 2012.


Dated:  August 22, 2011                    TRISH M. HIGGINS
                                           SITTHIKIT CHARIYASATIT
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           /s/ Sitthikit Chariyasatit
                                           SITTHIKIT CHARIYASATIT
                                           Attorneys for Defendant
                                           MORGAN STANLEY SMITH BARNEY LLC


Dated:  August 22, 2011                    PETER SEAN BRADLEY
                                           PENNER, BRADLEY & SIMONIAN


                                           /s/ Peter Sean Bradley
                                           PETER SEAN BRADLEY
                                           Attorney for Plaintiff
                                           CLARENCE REITH PATTERSON, JR.


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **August 24, 2011**                    **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE