TRISH M. HIGGINS (STATE BAR NO. 119215)
thiggins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
schariyasatit@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendant
MORGAN STANLEY SMITH BARNEY LLC

PETER SEAN BRADLEY, ESQ. (STATE BAR NO. 109258)
PENNER, BRADLEY & SIMONIAN
1171 West Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone:    (559) 221-2100
Facsimile:    (559) 221-2101

Attorney for Plaintiff
CLARENCE REITH PATTERSON, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CLARENCE REITH PATTERSON, JR.,<br><br>            Plaintiff,<br><br>     v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC and Does 1 through 10, inclusive,<br><br>            Defendants. | Case No.  1:10-cv-02084-LJO-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DEADLINES** |

1     Plaintiff Clarence Reith Patterson, Jr. and Defendant Morgan Stanley Smith Barney, LLC
2 (collectively "the Parties") stipulate as follows:
3     WHEREAS, the deadline for disclosure of expert witnesses pursuant to Federal Rules of
4 Civil Procedure 26(a)(2)(A) and (B) is currently set for December 1, 2011;
5     WHEREAS, the trial is not set to start until May 30, 2012;
6     WHEREAS, the Parties agree there is insufficient time for the Parties to complete expert
7 reports or expert discovery before the respective deadlines;
8     WHEREAS, the Parties anticipate the filing of a dispositive motion by Defendant, and
9 continuing expert disclosure and discovery may save significant unnecessary expenses for the
10 Parties;
11     WHEREAS, the Parties have sought only one previous scheduling change in this matter
12 regarding expert discovery, which did not impact any court dates set by the Court;
13     WHEREAS, the Parties' stipulation would not affect the Dispositive Motion Filing
14 Deadline, the Settlement Conference Date, Pre-Trial Conference Date, or the Trial Date
15 scheduled for May 30, 2012 set by the Court;
16     IT IS HEREBY STIPULATED by and between the parties to this action through their
17 designated counsel as follows:
18     1.    the last day for disclosure of experts and expert reports shall be continued
19 from December 1, 2011 to February 15, 2012;
20     2.    the last day for disclosure of supplemental experts and supplemental
21 reports shall be continued from December 15, 2011 to February 29, 2012; and
22 ///
23 ///
24 ///
25
26
27
28

3. the close of discovery of expert witnesses shall be continued from January 1, 2012 to March 15, 2012.

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED that the parties joint stipulation to extend the expert deadlines is GRANTED. The Court's Scheduling Order shall be modified accordingly only as to expert disclosure and expert discovery cut off. The dates for the Dispositive Motion Filing Deadline, the Settlement Conference Date, Pre-Trial Conference Date, or the Trial Date shall remain as originally set in the February 16, 2011 Scheduling Order.

IT IS SO ORDERED.

Dated:   **November 28, 2011**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE