IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE REITH PATTESON, JR., | CASE NO. CV F 10-2084 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS CLAIM** (Doc. 28.) |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, | |
| Defendant. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice plaintiff's second claim for retaliation for exercise of CFRA rights.

The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   January 12, 2012**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1